1  MARCUS B. SMITH, ESQ., Bar # 12098
   LITTLER MENDELSON
2  3960 Howard Hughes Parkway
   Suite 300
3  Las Vegas, NV  89169-5937
   Telephone:    702.862.8800
4  Fax No.:       702.862.8811

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRANDY WELCH (formerly known as BRANDY ROODE) and MICHELLE GARCIA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOLDEN GATE CASINO, LLC, d/b/a GOLDEN GATE HOTEL & CASINO; DESERT ROCK ENTERPRISES, LLC; DAVE TUTTLE; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:13-CV-01089-JAD-VCF |

### EX PARTE MOTION AND PROPOSED ORDER FOR REMOVAL OF MARCUS B. SMITH, ESQ. FROM CM/ECF SERVICE LIST

Marcus B. Smith, Esq., of the law firm LITTLER MENDELSON, hereby moves this court for an Order removing himself from the electronic service list for this case.

. . .

. . .

. . .

1.

The basis for the Motion is that Marcus B. Smith no longer works for the law firm Jackson Lewis, P.C., and no longer has an interest in the outcome of this case.

Dated this 31 day of December, 2013.

_____
MARCUS B. SMITH, ESQ.
LITTLER MENDELSON, P.C.

### ORDER

**IT IS SO ORDERED.**

Dated this 2nd day of January, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Littler Mendelson, P.C., and that on the 31st day of December, 2013, I caused to be served a true and correct copy of the foregoing EX PARTE MOTION AND PROPOSED ORDER FOR REMOVAL OF MARCUS B. SMITH, ESQ. FROM CM/ECF SERVICE LIST via CM/ECF Filing – pursuant to FRCP 5(b)(3) and LR 5-4, the above-referenced document was electronically filed and served upon the parties listed through the Court's Case Management and Electronic Case Filing (CM/ECF) system.

*Robyn Craig*

An employee of Littler Mendelson

Firmwide:111775348.1 999999.3636